1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ACADIA L. SENESE (CABN 251287)
   KATHRYN HAUN (CABN DCBN 484131)
5  Assistant United States Attorney
        450 Golden Gate Ave., Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7200
7       Fax: (415) 436-7234
        E-Mail: acadia.senese@usdoj.gov
8
   Attorneys for Plaintiff
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0502 MMC |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING PRETRIAL CONFERENCE |
| GALE JOSEPH YOUNG, | |
| Defendant. | |

The defendant, GALE JOSEPH YOUNG, represented by Robert Waggener, and the government, represented by Acadia L. Senese, Special Assistant United States Attorney, and Kathryn Haun, Assistant United States Attorney, jointly request that the currently set Pretrial Conference date of October 4, 2011 at 2:00 p.m. be continued to October 11, 2011 at 2:00 p.m..

Both counsel for the government will be out of the Northern District of California the week of October 3rd for training. Ms. Senese spoke with Robert Waggener, and he is unavailable the week of September 26th. Your Honor's courtroom clerk indicated that October 11th is available for the Court for the Pretrial Conference.

ORDER CONTINUING PRETRIAL CONFERENCE
Case No. CR 08-0502 MMC

1   The parties will submit on all of the Court's prior rulings in this case regarding pretrial
2   motions at the Pretrial Conference. The parties anticipate that the only main outstanding issue
3   before the Court at the Pretrial Conference will be the extent to which defense counsel may
4   impeach the government's additional witness. To that end, both parties are in the process of
5   meeting and conferring about the admissibility of prior convictions for the government's
6   additional witness, and both parties anticipate that there will be a number of stipulations
7   regarding the admissibility of certain prior convictions and/or conduct. To the extent that there is
8   any disagreement between the parties, the parties will raise it with the Court as soon as possible.
9   The government will submit those proposed stipulations to your Honor in advance of the Pretrial
10  Conference.

12  IT IS SO STIPULATED:
                                            MELINDA HAAG
13                                          United States Attorney

14  DATED:     9/12/11              _____/s/_____
15                                          ACADIA SENESE
                                            KATHRYN HAUN
16                                          Assistant United States Attorneys

18  DATED:     9/12/11              _____/s/_____
                                            ROBERT WAGGENER
19                                          Attorney for Gale Joseph Young

20
       IT IS HEREBY ORDERED that the date for the Pretrial Conference be continued to October
21  11, 2011 at ~~2:15 p.m.~~  3:00 p.m.

22  IT IS SO ORDERED.

25  DATED: September 13, 2011          _____
26                                          THE HON. MAXINE M. CHESNEY
                                            United States District Court Judge

ORDER CONTINUING PRETRIAL CONFERENCE
Case No. CR 08-0502 MMC                    -2-