MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ACADIA L. SENESE (CABN 251287)
KATHRYN R. HAUN (DCBN 484131)
Assistant United States Attorneys

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   Email: acadia.senese@usdoj.gov, kathryn.haun@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>GALE JOSEPH YOUNG,<br>  a/k/a Redbone<br>    Defendant. | No. CR 08 0502 MMC<br><br>**STIPULATION AND [PROPOSED]<br>PROTECTIVE ORDER** |

Upon Stipulation of the parties for a protective order limiting the production, use, possession, and dissemination of certain materials, for the reasons stated therein and in the materials referenced therein:

ACCORDINGLY, IT IS HEREBY STIPULATED THAT:

1. Production and possession of the cooperator file ("Subject Materials") be limited only to Robert Waggener and Jeffrey Wozniak, counsel for Gale Joseph Young, and Ken Heriot of Heriot Investigations, and that possession of these materials is limited only to Robert Waggener, Jeffrey Wozniak, those who are part of Robert Waggener's law office, and Ken Heriot;

Stipulation and [Proposed] Proposed Order
CR 08 0502 MMC

2. Robert Waggener's, Jeffrey Wozniak's, and Ken Heriot's possession and use of the Subject Materials is only for the purpose of preparing for and trying the criminal case of Gale Joseph Young, presently scheduled for October 17, 2011, and for no other purpose;

3. The Subject Materials shall not be distributed or disseminated to anyone else;

4. At the end of the trial of Gale Joseph Young on October 17, 2011, Robert Waggener, Jeffery Wozniak, and Ken Heriot shall return all Subject Materials, and any and all copies of the Subject Materials, to the Government, which will preserve the materials in case there is need for them in any future litigation.

IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

Dated: September 29, 2011      /s/
ACADIA L. SENESE
KATHRYN HAUN
Assistant United States Attorneys

Dated: September 29, 2011      /s/
ROBERT WAGGENER
Attorney for Gale Joseph Young

IT IS HEREBY FOUND that there is good cause limiting the production, use, possession, and dissemination of materials from the cooperator files ("Subject Materials"). Accordingly, the stipulation is hereby APPROVED.
IT IS SO ORDERED.

Dated: September 30, 2011      HON. MAXINE M. CHESNEY
United States District Judge