ROBERT WAGGENER - SBN: 118450
LAW OFFICE OF ROBERT WAGGENER
214 Duboce Avenue
San Francisco, California 94103
Phone: (415) 431-4500
Fax: (415) 255-8631
E-Mail: rwlaw@mindspring.com

Attorney for Defendant GALE JOSEPH YOUNG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR08 0502 MMC |
| Plaintiff, | **ORDER APPROVING** |
| v. | **STIPULATION** ~~AND [PROPOSED] ORDER~~ **TO CONTINUE SENTENCING** |
| GALE JOSEPH YOUNG | ~~Date: February 16, 2012~~ |
| Defendant. | Time: 9:00 a.m. |
| / | Crtrm: 7 (Hon. Maxine M. Chesney) |

**IT IS HEREBY STIPULATED** between the parties that the sentencing hearing in the above-referenced matter, currently scheduled for February 16, 2012, at 9:00 a.m., be continued to February 23, 2012 at 9:00 a.m.

\\\\

\\\\

\\\\

\\\\

\\\\

\\\\

\\\\

\\\\

**STIPULATION & [PROPOSED] ORDER
TO CONTINUE SENTENCING**

Defense counsel has communicated with Assistant United States Attorney Acadia Senese and Probation Officer Cheryl Simone and they do not object to a continuance of this matter.

Dated: February 3, 2012

/s/
ROBERT WAGGENER
Attorney for Defendant
GALE JOSEPH YOUNG

Dated: February 3, 2012

/s/
ACADIA SENESE
Assistant United States Attorney

**IT IS SO ORDERED**.

Dated: February 3, 2012

MAXINE M. CHESNEY
United States District Court Judge